Jamie T. Azevedo, OSB No. 050370
Email: azevedo@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Of Attorneys for Johnson Outdoors Watercraft
Inc. and Johnson Outdoors Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| BRYAN ORRIO and KEELEY M. McCALLUM,<br><br>                Plaintiffs,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., a Pennsylvania corporation,<br><br>                Defendant. | Case No. 6:18-cv-00883-AA<br><br>**CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT JOHNSON OUTDOORS INC.** |
| DICK'S SPORTING GOODS, INC., a Pennsylvania corporation,<br><br>                Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON OUTDOORS INC.,<br><br>                Third-Party Defendant. | |

Third-party defendant Johnson Outdoors Inc., who is an improper party to this litigation, submits its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

**Page 1 - CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT JOHNSON OUTDOORS INC.**

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

1. Johnson Outdoors Inc., a Wisconsin corporation, has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Johnson Outdoors Watercraft Inc is the proper party to this litigation and, pursuant to Federal Rule of Civil Procedure 7.1, submits its corporate disclosure statement:

2. Johnson Outdoors Watercraft Inc. is a Delaware corporation. Johnson Outdoors Inc. is the parent and publicly held corporation that owns 10% or more of stock in Johnson Outdoors Watercraft Inc.

A supplemental disclosure statement will be filed upon any change in the foregoing information.

Respectfully submitted:

**BODYFELT MOUNT LLP**

BY: _____
Jamie T. Azevedo, OSB No. 050370
Email: azevedo@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Trial Attorney: Jamie T. Azevedo, OSB No. 050370

Of Attorneys for Johnson Outdoors Watercraft Inc. and Johnson Outdoors Inc.

**Page 2 - CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT JOHNSON OUTDOORS INC.**

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT JOHNSON OUTDOORS INC.** on the following attorneys on the date noted below via the following method:

Travis S. Prestwich
Swanson Lathen Prestwich PC
3040 Commercial St SE Ste 200
Salem, OR 97302
Fax: (503) 588-7179
Email: travis@slamlaw.com
    *Of Attorneys for Plaintiffs*

John R. Barhoum
Sarah Tuthill-Kveton
Chock Barhoum LLP
121 SW Morrison St., Suite 415
Portland, OR 97204
Fax: (503) 954-3321
Email: john.barhoum@chockbarhoum.com
Email: sarah@chockbarhoum.com
    *Of Attorneys for Dick's Sporting Goods, Inc.*

Method:  ☐ US Mail, postage prepaid
              ☐ Facsimile
              ☐ Hand Delivery
              ☒ CM/ECF Electronic Service

Dated this 18th day of October, 2018.

BY: _____
      Jamie T. Azevedo, OSB No. 050370
      Email: azevedo@bodyfeltmount.com
      Phone: (503) 243-1022
      Fax: (503) 243-2019

Of Attorneys for Johnson Outdoors Watercraft Inc. and Johnson Outdoors Inc.

Page 1 - CERTIFICATE OF SERVICE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019