Travis S. Prestwich, OSB #003617
tprestwich@slamlaw.com
Swanson Lathen Prestwich PC
3040 Commercial St. SE, Suite 200
Salem, OR  97302
Attorney for Plaintiff Fifteen Meters, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BRYAN ORRIO and KEELEY M. McCALLUM,<br><br>             Plaintiff,<br>v.<br><br>DICK'S SPORTING GOODS, INC., a Pennsylvania corporation,<br><br>             Defendant. | Case No. 6:18-CV-00883-AA<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| DICK'S SPORTING GOODS, INC., a Pennsylvania corporation,<br><br>             Third-Party Plaintiff,<br>v.<br><br>JOHNSON OUTDOORS, INC.,<br><br>             Third Party-Defendant. | |

      The claim(s) by Plaintiffs Orrio and McCallum and Third-Party Plaintiff Dick's Sporting Goods, Inc., have voluntarily resolved claims against all defendants and so the parties hereby stipulate to dismiss this matter with prejudice and without attorney fees or costs to any party.

Page 1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

SWANSON LATHEN PRESTWICH, PC

By: /s/ Travis S. Prestwich
Travis S. Prestwich, OSB #003617
Attorney for Plaintiffs Orrio & McCallum
Dated: September 5, 2019

CHOCK BARHOUM, LLP

By: /s/ John Barhoum
John Barhoum
Attorney for Defendant/Third-Party Plaintiff Dicks
Dated: September 5, 2019

QUARLES & BRADY LLP

By: /s/ Patrick S. Nolan

Patrick S. Nolan (*pro hac vice*)
Of Attorneys for Third-Party Defendant
Johnson Outdoors Inc
Dated: September 5, 2019

BODYFELT MOUNT, LLP

By: /s/ Jamie T. Azevedo
Jamie T. Azevedo, OSB No. 050370
Of Attorneys for Third-Party Defendant
Johnson Outdoors Inc

September 5, 2019

Based on the stipulation of the parties above, the Court hereby dismisses this matter with prejudice and without attorney fees or costs to any party.

IT IS SO ORDERED.

Dated: _____, 2019.

_____
U.S. District Court Judge Ann Aiken

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL